# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-50651
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 3, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                        Plaintiff-Appellee

v.

JESUS ABEL OSORIO-BAUTISTA,

                        Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:13-CR-159-1

Before BENAVIDES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Jesus Abel Osorio-Bautista (Osorio) appeals the sentence imposed following his guilty plea conviction for illegal reentry following deportation in violation of 8 U.S.C. § 1326. He contends that the district court procedurally erred by relying on a clearly erroneous fact. Osorio also argues that the sentence is unreasonable because it is greater than necessary to accomplish the sentencing goals set forth in 18 U.S.C. § 3553(a).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Osorio has completed his term of imprisonment, has been released from custody, and has been removed to Mexico.  The appeal of his sentence is therefore moot.  *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 382-83 (5th Cir. 2007).  Accordingly, the appeal is DISMISSED.